IN RE DISCIPLINARY PROCEEDINGS AGAINST ALFRED P. PHILLIPS, CHIEF OF POLICE, RARITAN TOWNSHIP, HUNTERDON COUNTY, NEW JERSEY.

December 19, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. SHELDON JOHNSON.

December 19, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. GREGORY WILSON.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL KOHLER.

December 19, 1988.

Petition for certification denied.